# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | |
|---|---|
| Kathleen Cohan <hr> *Plaintiff* <br><br> v. <br><br> Autovest, LLC and Hosto & Buchan, PLLC <hr> *Defendant* | ) ) ) ) ) ) ) ) )    Civil Action No. **3-16-0627** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Autovest, LLC
C/O Corporation Service Company
2908 Poston Ave
Nashville, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul K. Guibao
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave D106-618
Mesa, AZ 85206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ MAR 2 1 2016 _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | |
|---|---|
| Kathleen Cohan | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. **3 - 1 6 - 0 6 2 7** |
| Autovest, LLC and Hosto & Buchan, PLLC | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hosto & Buchan, PLLC
C/O Corporation Service Company
2908 Poston Ave
Nashville, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul K. Guibao
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave D106-618
Mesa, AZ 85206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ MAR **2 1** 2016 _____            _____
*Signature of Clerk or Deputy Clerk*