UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


KATHLEEN COHAN     )
           )
v.          )  NO. 3:16-0627
           )  JUDGE CAMPBELL
AUTOVEST, LLC     )


<u>ORDER</u>


This case is REFERRED to the Magistrate Judge for customized case management in

accordance with Local Rule 16.01.

This case shall be set for trial upon completion of the initial case management conference

by order of the District Judge in accordance with the procedures of Local Rule 16.01(d)(5).

IT IS SO ORDERED.


         _____
         TODD J. CAMPBELL
         UNITED STATES DISTRICT JUDGE