| | |
|---|---|
| **KATHLEEN COHAN,** *on behalf of* **)** | |
| *herself and all others similarly situated,* **)** | |
| **Plaintiff,** **)** | |
| **)** | |
| **v.** **)** | **Civil Action No. 3:16-cv-00627** |
| **)** | |
| **AUTOVEST, LLC, and** **)** | |
| **HOSTO & BUCHAN, PLLC** **)** | |
| **Defendants,** **)** | |

## CORPORATE DISCLOSURE STATEMENT OF HOSTO &BUCHAN, PLLC

Pursuant to Fed. R. Civ. P. R. 7.1, Defendant Hosto & Buchan, PLLC, by and through its

counsel, states that it is a privately owned professional limited liability company.

Respectfully submitted,

**HOSTO & BUCHAN, PLLC**

/s/ Mark Sexton_____
Mark Sexton,
No. 023397
Hosto & Buchan, PLLC
P.O. Box 3397
701 W. Seventh Street
Little Rock, AR 72203
Telephone No. (501)320-0225
msexton@hosto.com

## CERTIFICATE OF SERVICE

I certify that on April 22, 2016, I electronically filed the foregoing with the clerk of the court using the CM/ECF system. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing though the Court's electronic filing system.

    /s/ Mark Sexton

2