# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

KATHLEEN COHAN, *on behalf of herself* )
*and all others similarly situated*, )
 )
     **Plaintiff,** )
 )
**v.** )
 )
**AUTOVEST, LLC, and HOSTO &** )
**BUCHAN, PLLC,** )
 )
     **Defendants.** )
 )

**CIVIL ACTION NO. 3:16-cv-00627**

**Judge Todd J. Campbell**

**Magistrate Judge E. Clifton Knowles**

## DEFENDANT AUTOVEST, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.02, defendant Autovest, LLC makes the following disclosure:

1.  All parent corporations, if any, of the named party:

- **None**

2.  All publicly held companies, if any, that own ten percent (10%) or more of the

named party's stock:

- **None**

Respectfully submitted this 22nd day of April, 2016.

        */s/ Alan D. Leeth*
       Alan D. Leeth (BPR # 022358)
       J. Christopher Suedekum (TN Bar # 034462)

       BURR & FORMAN LLP
       420 North 20th Street, Suite 3400
       Birmingham, Alabama  35203
       Telephone: (205) 251-3000
       Facsimile: (205) 458-5100
       aleeth@burr.com

       BURR & FORMAN, LLP
       511 Union Street, Suite 2300

Nashville, Tennessee 37219
Telephone: (615) 724-3237
Facsimile: (615) 724-3337
csuedekum@burr.com

Attorneys for Defendant
AUTOVEST, LLC

27303062 v1

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, facsimile, or e-mail on this the 22nd day of April, 2016:

Paul K. Guibao
Weisberg & Meyers, LLC
1448 Madison Avenue
Memphis, Tennessee  38104
Telephone:  (602) 445-9819
Facsimile:  (866) 565-1327
pguibao@gmail.com

_/s/ Alan D. Leeth_
Of Counsel

27303062 v1