## CERTIFICATE OF SERVICE

I certify that on April 22, 2016, I electronically filed the foregoing with the clerk of the court using the CM/ECF system. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing though the Court's electronic filing system.


Paul K. Guibao
1448 Madison Avenue
Memphis, TN 38104

Alan Leeth
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

J. Christopher Suedekum
Burr & Forman LLP
511 Union Street, Suite 2300
Nashville, TN 37219


                                                    /s/ Mark Sexton