**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **KATHLEEN COHAN,** *on behalf of herself and all others similarly situated,* **Plaintiff,** | ) ) ) ) | |
| **v.** | ) ) | **Civil Action No. 3:16-cv-00627** |
| **AUTOVEST, LLC, and HOSTO & BUCHAN, PLLC** **Defendants,** | ) ) ) ) ) | |

## MOTION OF DEFENDANT HOSTO & BUCHAN, PLLC JOINING DEFENDANT AUTOVEST, LLC'S MOTION TO STAY PRETRIAL DEADLINES

COMES NOT Defendant Hosto & Buchan, PLLC, to respectfully submit the instant motion joining in the Motion to Stay Pretrial Deadlines filed by Defendant Autovest, LLC, and states as follows:

1.      On March 18, 2016, Plaintiff Kathleen Cohan filed her Complaint against in this Court against Autovest, LLC and Hosto & Buchan, PLLC.  (ECF No. 1).

2.      On April 22, 2016, Defendant Autovest, LLC filed its Motion to Compel Arbitration and to Dismiss and Motion Stay Pretrial Deadlines.  (ECF No. 10 and 11).

3.      On April 26, Hosto filed a Motion to Join Defendant Autovest, LLC's Motion to Compel Arbitration and to Dismiss.  (ECF No. 12).

3.      Defendant Autovest Funding, LLC ("Autovest") has fully briefed the issue of staying pretrial deadlines pending the Court's ruling on its motion to compel arbitration, Hosto here fully adopts and incorporates those arguments.

4.    This motion is not made for the purpose of undue delay or any other improper purpose, but rather to promote judicial economy and to save the parties and the Court time and expense that may be unnecessary should all or part of the dispute be referred to arbitration.

WHEREFORE, in light of the foregoing, Hosto respectfully joins Defendant Autovest, LLC's Motion to Stay Pretrial Deadlines and respectfully request this Court grant the Motion to Stay Pretrial Deadlines and further relief this Court shall deem necessary.

Respectfully submitted,

**HOSTO & BUCHAN, PLLC**

/s/ Mark Sexton_____
Mark Sexton,
No. 023397
Hosto & Buchan, PLLC
P.O. Box 3397
701 W. Seventh Street
Little Rock, AR 72203
Telephone No. (501)320-0225
msexton@hosto.com

## CERTIFICATE OF SERVICE

I certify that on April 26, 2016, I electronically filed the foregoing with the clerk of the court using the CM/ECF system.  Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt.  Parties may access this filing though the Court's electronic filing system.

Paul K. Guibao
1448 Madison Avenue
Memphis, TN 38104

Alan Leeth
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

2

J. Christopher Suedekum
Burr & Forman LLP
511 Union Street, Suite 2300
Nashville, TN 37219

                                                       /s/ Mark Sexton