**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **KATHLEEN COHAN,** *on behalf of herself* ) *and all others similarly situated,* ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **AUTOVEST, LLC, and HOSTO &** ) <br> **BUCHAN, PLLC,** ) <br> ) <br> **Defendants.** ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | **CIVIL ACTION NO. 3:16-cv-00627** <br><br> **Judge Todd J. Campbell** <br><br> **Magistrate Judge E. Clifton Knowles** |

## ORDER GRANTING MOTION TO STAY PRETRIAL DEADLINES

THIS COURT HAVING READ AND CONSIDERED defendant Autovest, LLC's Motion to Stay Pretrial Deadlines, and the Court having found that good cause exists to grant the Motion to Stay, and to thereby stay all discovery and all preliminary pretrial deadlines in this matter until the Court has ruled on the Motion to Compel Arbitration filed by Autovest, LLC,

IT IS HEREBY ORDERED that the Motion to Stay is GRANTED, and the pretrial deadlines set forth in the Federal Rules of Civil Procedure and Local Rules of this Court, including without limitation the parties' planning conference and commencement of the discovery period as set forth in Fed. R. Civ. P. 26, as well as the exchange of initial disclosures, shall be stayed until the Court has ruled upon the Motion to Compel Arbitration.

SO ORDERED this _____ day of _____, 2016.

_____
HON. E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE