ORDER:
Motion granted.

*F. Clifton Knowles*

U.S. Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **KATHLEEN COHAN,** *on behalf of herself and all others similarly situated,* **Plaintiff,** | ) ) ) ) |
| v. | ) Civil Action No. 3:16-cv-00627 |
| **AUTOVEST, LLC, and HOSTO & BUCHAN, PLLC** **Defendants,** | ) ) ) ) ) |

**MOTION OF DEFENDANT HOSTO & BUCHAN, PLLC JOINING DEFENDANT
AUTOVEST, LLC'S MOTION TO STAY PRETRIAL DEADLINES**

COMES NOT Defendant Hosto & Buchan, PLLC, to respectfully submit the instant motion joining in the Motion to Stay Pretrial Deadlines filed by Defendant Autovest, LLC, and states as follows:

1. On March 18, 2016, Plaintiff Kathleen Cohan filed her Complaint against in this Court against Autovest, LLC and Hosto & Buchan, PLLC. (ECF No. 1).

2. On April 22, 2016, Defendant Autovest, LLC filed its Motion to Compel Arbitration and to Dismiss and Motion Stay Pretrial Deadlines. (ECF No. 10 and 11).

3. On April 26, Hosto filed a Motion to Join Defendant Autovest, LLC's Motion to Compel Arbitration and to Dismiss. (ECF No. 12).

3. Defendant Autovest Funding, LLC ("Autovest") has fully briefed the issue of staying pretrial deadlines pending the Court's ruling on its motion to compel arbitration, Hosto here fully adopts and incorporates those arguments.