ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KATHLEEN COHAN, *on behalf of herself and all others similarly situated*, | ) ) ) **CIVIL ACTION NO. 3:16-cv-00627** |
| Plaintiff, | ) ) **Judge Todd J. Campbell** |
| v. | ) ) **Magistrate Judge E. Clifton Knowles** |
| AUTOVEST, LLC, AND HOSTO & BUCHAN, PLLC, | ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND TO DISMISS**

Plaintiff Kathleen Cohan ("Plaintiff") respectfully files this unopposed motion to extend the time to file her responses to Defendant Autovest, LLC's ("Autovest") motion to compel arbitration and to dismiss, and to Hosto & Buchan, PLLC's ("Hosto & Buchan") motion joining in Autovest's motion, to May 27, 2016. In support thereof, Plaintiff states the following:

1. Autovest filed its motion to compel arbitration with this Court on April 22, 2016. Doc. 10.

2. Plaintiff's response to Autovest's motion to compel arbitration is due by May 6, 2016 subject to the three day rule, Fed. R. Civ. P. 6(d).

3. On April 26, 2016, Hosto & Buchan filed its motion to join Autovest's motion to compel arbitration and dismiss. Doc. 15.

4. Plaintiff's response to Hosto & Buchan's motion joining in Autovest's motion is due on May 10, 2016 subject to the three day rule, Fed. R. Civ. P. 6(d).

5. The parties are currently engaged in negotiations that may render the issues presented in the Defendants' motions, and Plaintiff's need to respond to them, moot.