IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KATHLEEN COHAN )
)
v. ) NO. 3-16-0627
) JUDGE CAMPBELL
AUTOVEST, LLC, et al. )

ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Extension of Time to Respond

to Defendants' Motion to Compel Arbitration and to Dismiss (Docket No. 19). Plaintiff's Motion

is GRANTED.

Plaintiff shall file her Response to Defendants' Motion by May 27, 2016, and Defendants

shall file their Reply by June 13, 2016.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE