**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

KATHLEEN COHAN, *on behalf of herself*
*and all others similarly situated*,

              Plaintiff,

    v.

AUTOVEST, LLC, AND HOSTO &
BUCHAN, PLLC,

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO. 3:16-cv-00627**

**Judge Todd J. Campbell**

**Magistrate Judge E. Clifton Knowles**

### CERTIFICATE OF SERVICE OF PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND TO DISMISS

    I certify that on May 5, 2016, Plaintiff's Unopposed Motion for Extension of Time to

Respond to Defendants' Motion to Compel Arbitration was filed with the Clerk of the U.S. District

Court for the Middle District of Tennessee using CM/ECF which sent notification of the same to

Defendant through counsel of record as follows:

Alan D. Leeth
Burr Foreman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
aleeth@burr.com

Mark Sexton
Hosto & Buchan, PLLC
P.O. Box 3397
701 W. Seventh Street
Little Rock, AR 72203
msexton@hosto.com

Dated: May 13, 2016

Respectfully submitted,

By: /s/ Paul K. Guibao
Paul K. Guibao
Attorney for Plaintiff
1448 Madison Avenue
Memphis, TN 38104
Telephone: (602) 445 9819
Facsimile: (866) 565 1327
Email: pguibao@gmail.com

Correspondence address:
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave D106-618
Mesa, AZ 85206

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 13, 2016, the foregoing Certificate of Service was filed with the Clerk

of the U.S. District Court for the Middle District of Tennessee using CM/ECF which will send

notification of the same to Defendant through counsel of record as follows:

Alan D. Leeth
Burr Foreman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
aleeth@burr.com

Mark Sexton
Hosto & Buchan, PLLC
P.O. Box 3397
701 W. Seventh Street
Little Rock, AR 72203
msexton@hosto.com

s/Tremain Davis
Tremain Davis