# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

KATHLEEN COHAN,   )
         )
  Plaintiff,    )
         )
  v.      )   Civil Action No. 3:16-cv-00627
         )
AUTOVEST, LLC, AND  )
HOSTO & BUCHAN, PLLC, )
         )
  Defendants.   )

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests this Court retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Respectfully submitted on May 27, 2016

> By: /s/ Paul K. Guibao
> Paul K. Guibao
> Attorney for Plaintiff
> 1448 Madison Avenue
> Memphis, TN 38104
> Telephone: (602) 445 9819
> Facsimile: (866) 565 1327
> Email: PGuibao@gmail.com
>
> Correspondence address:
> Thompson Consumer Law Group, PLLC
> 5235 E Southern Ave D106-618
> Mesa, AZ 85206

-1-

## **CERTIFICATE OF SERVICE**

I certify that on May 27, 2016, I filed the foregoing document with the Court

using CM/ECF, which will send notification of such filing to all counsel of record:

By: /s/ Paul K. Guibao
Paul K. Guibao

-2-