IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


KATHLEEN COHAN                    )
                                  )
v.                                ) NO. 3-16-0627
                                  ) JUDGE CAMPBELL
AUTOVEST, LLC, et al.             )


ORDER


The parties have filed a Notice of Settlement (Docket No. 23), indicating that they have

reached an agreement to resolve this case and requesting sixty days to complete the settlement.

Therefore, the parties shall file, by August 1, 2016, an Agreed Order of Dismissal.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE