# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

KATHLEEN COHAN, )
)
    Plaintiff, )
)
    v. )     Civil Action No. 3:16-cv-00627
)     JUDGE CAMPBELL
AUTOVEST, LLC, AND )
HOSTO & BUCHAN, PLLC, )
)
    Defendants. )

## ORDER

The Court, having considered the parties' Joint Motion to Extend the Deadline to File Dismissal Paperwork, hereby **GRANTS** the Motion. Therefore, the parties shall file, within 30 days of this order, a joint stipulation of dismissal.

**IT IS SO ORDERED** this _____ day of _____, 2016.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

-1-