# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

KATHLEEN COHAN, )
)
    Plaintiff, )
)
    v. )       Civil Action No. 3:16-cv-00627
)
AUTOVEST, LLC, AND )
HOSTO & BUCHAN, PLLC, )
)
    Defendants. )

---

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW plaintiff Kathleen Cohan and defendants Autovest, LLC and Hosto & Buchan, PLLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate and agree to voluntarily dismiss this matter with prejudice with respect to plaintiff Kathleen Cohan. The parties further jointly stipulate that this matter is dismissed without prejudice with respect to the putative class members. The parties further stipulate that each party is to bear their own attorney's fees, costs and expenses.

Respectfully submitted on August 19, 2016

/s/ Paul K. Guibao                /s/Alan D. Leeth
Paul K. Guibao                  Alan D. Leeth
THOMPSON CONSUMER LAW GROUP, PLLC    Burr Foreman LLP
Attorney for Plaintiff             Attorney for Defendants
1448 Madison Ave              420 N 20th St Ste 3400
Memphis, TN 38104            Birmingham, AL 35203
Telephone: (602) 445-9819        Telephone: (205) 458-5499
Facsimile: (866) 565-1327         Email: aleeth@burr.com
Email: Pguibao@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 19, 2016, I filed the foregoing document with the Court

using CM/ECF, which will send notification of such filing to all counsel of record:

By: /s/ Zachary Landis
Zachary Landis