IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KATHLEEN COHAN         )
                        )
v.                        ) NO. 3-16-0627
                        ) JUDGE CAMPBELL
AUTOVEST, LLC, et al.     )

ORDER

The parties have filed a Joint Stipulation for Voluntary Dismissal with Prejudice (Docket No. 27). Accordingly, the claims of Plaintiff Cohan are DISMISSED with prejudice, and the claims of the putative class members are DISMISSED without prejudice.

Any pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE